LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg& Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiffs,
Ian Leigh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Leigh,<br><br>             Plaintiffs,<br><br>    vs.<br><br>Client Services, Inc.; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 2:10-cv-02710-JAM-DAD<br><br>**STIPULATION OF DISMISSAL** |

# STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendants with prejudice. Each party to bear its own attorney fees and costs.

| Plaintiff | Defendant |
|---|---|
| _/s/ Lara Shapiro___ | /s/ *William A. Munoz* |
| LARA SHAPIRO<br>Attorney for Plaintiffs | WILLIAM A. MUNOZ<br>Attorney for Defendant |