# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Leigh,<br><br>   Plaintiffs,<br><br>vs.<br><br>Client Services, Inc.; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: 2:10-cv-02710-JAM-DAD<br><br>**ORDER RE-JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice, each party to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: 7/18/2011

            /s/ John A. Mendez
            HON. JOHN A. MENDEZ
             U.S.DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com